**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6464**

STEVEN PREVONCE LAMB,

             Petitioner – Appellant,

      v.

HAROLD CLARKE,

             Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:15-cv-00268-CMH-TCB)

Submitted:  August 18, 2015          Decided:  August 21, 2015

Before WILKINSON and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Steven Prevonce Lamb, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Prevonce Lamb appeals the district court's order dismissing this action without prejudice because of the absence of a case or controversy. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Lamb v. Clarke, No. 1:15-cv-00268-CMH-TCB (E.D. Va. Mar. 20, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2